MAE HACKETT, Respondent, v. MINERVA T. HAWKINS, etc., Appellant.— Order denying motion to vacate examination before trial in so far as appealed from reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, in the exercise of the discretion of this court. (*Wessel* v. *Schwarzler, No. 1*, 144 App. Div. 587.) Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

WILLIAM E. HANNA, Appellant, v. SMITH & SONS CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

BENJAMIN HOFFMAN, Appellant, v. B. T. S. REALTY Co., INC., Respondent.— Order modified by striking therefrom so much of the directions for a bill of particulars as is contained in the paragraph designated " First," and as so modified affirmed, without costs. Plaintiff should not be required to give particulars as to the cost or price of the materials and labor, nor of the time or wages of the men employed by plaintiff. These are at most simply matters of evidence. The only issue is as to the reasonable value of such labor and materials, and this is covered by the second paragraph in the order. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

AUGUST HOLMSTROM, Respondent, v. CHARLES JOHNSON, as President of the Dock and Pier Carpenters and Pile Drivers Local No. 1456 of the U. B. of C. & J. of A. of Greater New York and Vicinity, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

FONG LING, Appellant, v. ANNIE NATHANS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEIL MIELE, Appellant.— Judgment of conviction by the County Court of Kings county affirmed by default. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, v. ISAAC H. TRIPP and Others, as Assessors of the Town of Bedford, Westchester County, New York, Respondents. Taxes of 1915.— Final order modified by reducing the assessed valuation of the relator's land to the sum of $1,132,289, and as so modified affirmed, without costs, on the authority of *People ex rel. City of New York* v. *Voris* (205 App. Div. 478), decided herewith. Kelly, P. J., Jaycox and Young, JJ., concur; Kapper, J., dissents on the ground that assessments on specific properties were increased by the referee and the Special Term, contrary to the ruling in *People ex rel. Kemp R. E. Co.* v. *O'Donnel* (198 N. Y. 48).